UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALEXANDRIA MILLER,<br>Individually and On Behalf Of<br>All Others,<br><br>     Plaintiff,<br><br>   vs.<br><br>TVS DATASOURCE INC.<br>d/b/a<br>CHRISTIANBACKGROUNDCHECKS.COM<br>Registered Agent:<br>Terry V. Smith<br>1200 South Outer Road<br>Blue Springs, MO 64015,<br><br>     Defendant. | Civil Action No.:<br><br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT TVS DATASOURCE INC.'S NOTICE OF REMOVAL

COMES NOW Defendant, TVS Datasource Inc. ("Defendant"), pursuant to 28 U.S.C. § 1441, *et seq*., and hereby files this Notice of Removal of the instant action based upon federal question jurisdiction. In support of this Notice, Defendant states as follows:

  1.  On or about June 7, 2023, Plaintiff commenced an action in the Circuit Court of the Jackson County, Missouri, styled *Alexandria Miller v. TVS Datasource Inc d/b/a Christianbackgroundchecks.com.*, and bearing Case No. 2316-CV15141. A copy of Plaintiff's Petition and all other papers filed in the state court action are attached hereto and incorporated herein as "**Exhibit A**."

  2.  Defendant was served with the summons and Petition on June 9, 2023.

3. Removal is warranted under 28 U.S.C. § 1441(a) because Plaintiff's Petition asserts a claim arising under federal law over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

4. In accordance with 28 U.S.C. § 1446(a), the documents attached hereto as "**Exhibit A**" constitute all of the process, pleadings, and orders served on Defendant prior to the removal of this action.

5. In her Petition, Plaintiff alleges that Defendant violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

## I. Jurisdictional Basis for Removal – Federal Question

6. Under 28 U.S.C. § 1331, this Court has original jurisdiction over all claims arising under the laws of the United States.

7. Here, Defendant's alleged violation of the FCRA constitutes a claim being brought under the laws of the United States.

8. Accordingly, this action presents claims arising under the laws of the United States, thereby conferring jurisdiction on this Court pursuant to 28 U.S.C. § 1331.

## II. Jurisdictional Basis for Removal – Supplemental Jurisdiction

9. Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over any potential claims brought pursuant to any state, county, or local law that form part of the same controversy.

10. Here, jurisdiction is conferred on this Court, pursuant to 28 U.S.C. § 1367, concerning any claim that Plaintiff may assert in her complaint, which arises under the same facts and that form part of the same controversy.

## III. Removal to this Court is Otherwise Proper

11. This Notice of Removal is filed within thirty (30) days of service of the summons and Petition upon Defendant, and is timely under 28 U.S.C. § 1446(b).

12. The United States District Court for the Western District of Missouri embraces the county in which the state court action is now pending, and thus this Court is the proper venue for this action.

13. In accordance with 28 U.S.C. § 1446(d), on June 7, 2023, Defendant is filing its Notice of Removal with the Clerk of the Court of the Circuit Court for Jackson County, Missouri, where Plaintiff's Petition was originally filed, and its Notice of Filing of Notice of Removal, together with a Notice of Removal, is being served upon Plaintiff.

14. If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to brief any disputed issues and to present oral argument in support of the position that this case is properly removable.

15. Defendant TVS Datasource Inc d/b/a/ Christianbackgroundchecks.com. is the only named defendant in this action.

16. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter including, without limitation, the defenses of 1) lack of jurisdiction over the Defendant, 2) improper venue, 3) insufficiency of process, 4) insufficiency of service of process, 5) improper joinder of claims and/or parties, 6) failure to state a claim, or 7) any other procedural or substantive defense available under state or federal law.

**JURY TRIAL DEMANDED**

Defendant hereby requests that this matter be tried to a jury.

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 *et seq*., Defendant, TVS Datasource Inc. hereby notifies all relevant parties that further proceedings in the Circuit Court of the City of Jackson County, Missouri are discontinued and that the suit is removed to the United States District Court for the Western District of Missouri.

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Chelsea M. Betcher*
James C. Morris, #53074
Chelsea M. Betcher, #73627
211 North Broadway, Ste. 2150
St. Louis, MO 63102
Tel: (314) 961-6686
Fax: (314) 338-3076
jmorris@grsm.com
cbetcher@grsm.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of July 2023, the foregoing instrument was filed electronically with the Clerk of the Court to be served upon all counsel of record by operation of the Court's ECF System.

/s/ *Chelsea M. Betcher*